1
2
3
4
5
6            UNITED STATES DISTRICT COURT
7            WESTERN DISTRICT OF WASHINGTON
                        AT SEATTLE

8   CHARANJIT SINGH,

9                          Petitioner,          Case No. C19-0890JLR-MAT

10          v.                                  ORDER GRANTING TEMPORARY
                                                STAY OF REMOVAL AND
11  U.S. DEPARTMENT OF HOMELAND                 DIRECTING SERVICE
    SECURITY, et al.,
12
                           Respondents.
13

14
15          Petitioner, proceeding through counsel, has filed a petition for writ of habeas corpus

16  pursuant to 28 U.S.C. § 2241 and an emergency motion for a stay of removal.  (Dkts. ## 1, 1-2.)

17  Petitioner is detained by U.S. Immigration and Customs Enforcement ("ICE") at the Northwest

18  Detention Center in Tacoma, Washington, and is currently in the process of being removed to

19  India.  He alleges that he has a fear of religious and political persecution if he is removed to

20  India.  An asylum officer made a Negative Credible Fear Determination, and Petitioner claims

21  that the immigration judge who reviewed that determination failed to give him a fair hearing in

22  violation of his Fourth and Fifth Amendment rights.

23          Having reviewed petitioner's submissions, the Court ORDERS:


ORDER GRANTING TEMPORARY
STAY OF REMOVAL AND DIRECTING
SERVICE - 1

(1)     In light of the immediacy of irreparable harm to petitioner before an opportunity for review of the case on the merits takes place, petitioner's removal is temporarily STAYED pending briefing and a resolution of petitioner's motion for stay.  Petitioner's transfer from this judicial district is also temporarily STAYED pending resolution of the motion to stay.  The Court expresses no views at this time as to the merits of petitioner's habeas petition or motion for stay.

(2)     If not previously accomplished, electronic posting of this Order and petitioner's § 2241 habeas petition shall effect service upon the United States Attorney of the petition and all supporting documents, including the emergency request for stay of removal.  Service upon the United States Attorney is deemed to be service upon the named respondent(s).

(3)     **Within thirty (30) days of the date this Order is posted**, respondent(s) shall show cause why a writ of habeas corpus should not be granted by filing and serving a return as provided in 28 U.S.C. § 2243.  As a part of the return, respondent(s) shall submit a memorandum of authorities in support of their position and state whether an evidentiary hearing is necessary. Also as a part of the return, respondent(s) shall respond to petitioner's request for stay.

(4)     The return will be treated in accordance with Local Rule W.D. Wash. LCR 7. Accordingly, on the face of the return, respondent(s) shall note it for consideration on the fourth Friday after it is filed, and the Clerk shall note the return accordingly.  Petitioner may file and serve a response not later than the Monday immediately preceding the Friday appointed for consideration of the matter, and respondent(s) may file and serve a reply brief not later than the Friday designated for consideration.

\\

\\

\\

ORDER GRANTING TEMPORARY
STAY OF REMOVAL AND DIRECTING
SERVICE - 2

1    (5)    The Clerk is directed to send copies of this order to the parties and to the

2    Honorable Mary Alice Theiler.

3        Dated this 6th day of June, 2019.

4

5    _____

6    JAMES L. ROBART
     United States District Judge

7

8

9    Recommended for Entry
     this 6th day of June, 2019.

10

     /s/ Mary Alice Theiler
11   MARY ALICE THEILER
     United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING TEMPORARY
STAY OF REMOVAL AND DIRECTING
SERVICE - 3