UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARANJIT SINGH,

        Petitioner,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,

        Respondents.

Case No. C19-0890-JLR-MAT

ORDER GRANTING STIPULATED MOTION TO STAY AND ABEY

        Petitioner initiated this 28 U.S.C. § 2241 immigration habeas action to obtain an emergency stay of removal and to challenge the procedures that led to the issuance of an expedited removal order against him. (Dkt. 1-2.) On June 6, 2019, the Court temporarily stayed his removal and ordered the Government to file a habeas return within 30 days. (Dkt. 2.) On July 5, 2019, the parties filed a stipulation and proposed order to stay and abey this action pending U.S. Citizenship and Immigration Services' ("USCIS") *de novo* review of the negative credible fear finding of petitioner. (Dkt. 5.) Based on the foregoing, the Court finds and ORDERS:

    (1)    The parties' stipulated motion to stay and abey (Dkt. 5) is GRANTED;

    (2)    This action is STAYED pending resolution of the administrative proceedings related to USCIS's *de novo* review of the negative credible fear finding of petitioner;

ORDER GRANTING STIPULATED
MOTION TO STAY AND ABEY - 1

1  (3) The parties shall file a joint status report **within 21 days** of the resolution of the
2  administrative proceedings related to the credible fear determination; and
3  (4) The Clerk is directed to send copies of this order to the parties and to the Honorable
4  James L. Robart.

Dated this 12th day of July, 2019.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING STIPULATED
MOTION TO STAY AND ABEY - 2