Honorable James L. Robart
Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARANJIT SINGH,<br><br>Petitioner,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Respondents. | NO. C19-0890 JLR-MAT<br><br>STIPULATION FOR ORDER OF DISMISSAL<br><br>NOTED ON MOTIONS CALENDAR:<br>JULY 19, 2019 |

The parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

U.S. Citizenship and Immigration Services ("USCIS") has complied with the terms of the parties' Stipulation dated July 5, 2019 (Stipulation, Dkt. No.5) and taken every action it has agreed to perform. Moreover, as a result of its *de novo* review of the credible fear finding, USCIS has determined that Petitioner has met the credible fear standard. Thereafter, on July 12, 2019, USCIS issued and filed a Notice to Appear, placing Petitioner in full removal proceedings before the Immigration Judge.

STIPULATION FOR ORDER OF DISMISSAL
No. C19-0890 JLR-MAT 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1     Accordingly, this matter is resolved and now moot and may be dismissed with
2 prejudice and without costs or fees to any party. In addition, the Court's temporary stay per
3 its June 6, 2019 Order (Dkt. No. 2) is hereby lifted.

5     Dated this 19th day of July, 2019.

7     Respectfully submitted and presented by:

8 BRIAN T. MORAN
9 United States Attorney

| | |
|---|---|
| /s/ Patricia D. Gugin | /s/ Jennifer Kim Lesmez |
| PATRICIA D. GUGIN, WSBA # 43458 | Jennifer Kim Lesmez , WSBA# 34547 |
| Assistant United States Attorney | Law Offices of Jennifer Lesmez |
| United States Attorney's Office | 5800 Soundview Drive, Ste. B-104 |
| 1201 Pacific Avenue, Suite 700 | Gig Harbor, WA 98335 |
| Tacoma, Washington 98402 | 509-424-8697 |
| Phone: 253-428-3832 | Email: Jlesmez@aol.com |
| E-mail: pat.gugin@usdoj.gov | |
| | Attorney for Petitioner |
| Attorneys for Respondents | |

STIPULATION FOR ORDER OF DISMISSAL
No. C19-0890 JLR-MAT 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS FURTHER ORDERED that the case is dismissed with prejudice and without costs or fees for any party. The temporary stay is hereby lifted.

DATED this 22nd day of July, 2019.

JAMES L. ROBART
United States District Court Judge

STIPULATION FOR ORDER OF DISMISSAL
No. C19-0890 JLR-MAT 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he/she is an employee/contractor in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers.

It is further certified that, on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

Jennifer Kim Lesmez
Email: Jlesmez@aol.com

I further certify that on this date, I mailed by United States Postal Service the foregoing to the following non-CM/ECF participant(s)/CM/ECF participant(s), addressed as follows:

-0-

Dated this 19th day of July, 2019.

/s/ Rebecca L. Clauson
Rebecca L. Clauson, Legal Assistant
United States Attorney's Office
1201 Pacific Ave., Suite 700
Tacoma, WA 98402
Telephone: (253) 428-3800
E-mail: Rebecca.clauson@usdoj.gov

STIPULATION FOR ORDER OF DISMISSAL
No. C19-0890 JLR-MAT 4

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800